ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

APR 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CAFEPRESS.COM, INC. a Delaware corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV07-2517-JSL(JWJx) |
| v. | |
| ALEXA INTERNET, INC. ET AL | ORDER RETURNING CASE FOR REASSIGNMENT |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

April 24, 2007
Date

Spencer Letts
United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK:**

This case has been reassigned to Judge __Dean D. Pregerson__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __DDP__ after the case number in place of the initials of the prior judge so that the case number will read __CV 07-2517 DDP (JWJx)__.

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western ☐ Southern ☐ Eastern Division.

**Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

---

ORDER RETURNING CASE FOR REASSIGNMENT
CV-89 (01/05)

ENTERED ON CM 4/27/07

Dockets.Justia.com