Case 2:07-cv-02517-DDP-JWJ   Document 6   Filed 05/04/2007   Page 1 of 1

CafePress.com Inc v. Alexa Internet Inc et al                                                                        Doc.

|  | Priority |
|---|---|
| ✓ | **Send** |
|  | Clsd |
|  | Enter |
|  | JS-5/JS-6 |
|  | JS-2/JS-3 |
|  | Scan Only |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 07-02517 DDP (SHx)                                    Dated: 5-4-07

Title:   CAFEPRESS.COM, INC., a Delaware corporation -v- ALEXA INTERNET, INC., a California corporation, ZAZZLE.COM, INC., a California corporation

=====================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                              None Present
Courtroom Deputy                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                          None

PROCEEDINGS:      MINUTE ORDER (IN CHAMBERS)

This action has been assigned to the calendar of Judge Dean D. Pregerson.

Counsel are encouraged to review the Central District's website for additional information.  The address is **"http://www.cacd.uscourts.gov"**.

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

DOCKETED ON CM
MAY - 7 2007
BY _____ 009

MINUTES FORM 11                                               Initials of Deputy Clerk _____
CIVIL -- GEN

Dockets.Justia.co