```
1  Manatt, Phelps & Phillips, LLP
   Jill M. Pietrini, Esq. (Bar No. 138335)
2    jpietrini@manatt.com
   Raphael A. Gutiérrez, Esq. (Bar No. 215207)
3    rgutierrez@manatt.com
   11355 West Olympic Boulevard
4  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
5  Facsimile: (310) 312-4224

6  Attorneys for Plaintiff
   CAFEPRESS.COM, INC.
```

                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION

| | |
|---|---|
| CAFEPRESS.COM, INC., a Delaware corporation, | Case No. CV 07-2517 (DDP) (JWJx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| ALEXA INTERNET, INC., a California corporation, ZAZZLE.COM, INC., a California corporation, and DOES 1-10. | |
| Defendants. | |

Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a) Plaintiff CafePress.com, Inc. by and through its counsel, hereby voluntarily dismisses the above-captioned action as to all defendants without prejudice. None of the defendants have filed an answer to the complaint or a motion for summary judgment in this action as of date, and therefore, a dismissal without prejudice

\\\



1  under Fed. R. Civ. P. 41(a) is proper.

2                                    Respectfully submitted,

3                                    MANATT, PHELPS & PHILLIPS, LLP

4

5

6  Dated: June 6, 2007              By: /s/ Jill Pietrini

7                                    Jill M. Pietrini (CA Bar No. 138335)
                                     11355 West Olympic Boulevard
8                                    Los Angeles, CA  90064
                                     Telephone:  (310) 312-4000
9                                    Facsimile:   (310) 312-4224

10

11                                   *Attorneys for Plaintiff*
                                     CAFEPRESS.COM, INC.
12

13

14

15

16  11124718.1

17

18

19

20

21

22

23

24

25

2

# PROOF OF SERVICE

I, LaTrina A. Martin, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On **June 6, 2007**, I served a copy of the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Maria K. Nelson<br>JONES DAY<br>555 S. Flower St, 50th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 243-2615<br>Fax: (213) 243-2539 | David Zapolsky<br>AMAZON.COM<br>1200 – 12th Avenue South, Suite 1200<br>Seattle, WA 98144-2734<br>Tel: (206) 266-1323<br>Fax: (206) 266-7010 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 6, 2007**, at Los Angeles, California.

LaTrina A. Martin

3